FILED '24 0820 PM05:02 MDGA-ALB

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

MIDDLE __ District of _GEORGIA__

__ALBANY_____ Division

| | |
|---|---|
| M.P. KING | Case No. _1:24-cv-124_ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| J.W. RENTALS COMPANY, ET.AL. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

*Extraordinary Emergency*
## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | M. P. KING |
   | Street Address | 414 FLORENCE DR. APT. B |
   | City and County | ALBANY/DOUGHERTY |
   | State and Zip Code | GEORGIA 31707-3922 |
   | Telephone Number | 229-669-2446 (cell) |
   | E-mail Address | king.michael830@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | J.W. RENTALS COMPANY |
| Job or Title *(if known)* | DEIDRA D. MILLER AND WALLACE MILLER |
| Street Address | 1153 GILLIONVILLE ROAD |
| City and County | ALBANY/DOUGHERTY |
| State and Zip Code | GEORGIA 31707 |
| Telephone Number | 229.420.1673 |
| E-mail Address *(if known)* | jwrentalscompany@yahoo.com |

Defendant No. 2

| | |
|---|---|
| Name | CITY OF ALBANY(GA.)/CITY OF ALBANY UTILITIES |
| Job or Title *(if known)* | ALBANY FIRE DEPT./ALBANY UTILITIES |
| Street Address | 225 PINE AVENUE/207 PINE AVENUE/P.O. BOX 1788 |
| City and County | ALBANY/DOUGHERTY |
| State and Zip Code | GEORGIA 31701 |
| Telephone Number | 229.432.1231 / 229.883.8330 EXT. 4230 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | CITY OF ALBANY (GA.) |
| Job or Title *(if known)* | ALBANY POLICE DEPT. |
| Street Address | 201 W. OGLETHORPE BLVD. |
| City and County | ALBANY/DOUGHERTY CO. |
| State and Zip Code | GEORGIA 31701 |
| Telephone Number | 229.431.2100 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | DOUGHERTY COUNTY (GA.) |
| Job or Title *(if known)* | SHERIFF'S DEPARTMENT |
| Street Address | 225 PINE AVENUE |
| City and County | ALBANY/DOUGHERTY COUNTY |
| State and Zip Code | GEORGIA 31701 |
| Telephone Number | 229.431.2166 |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

11 U.S.C. 362 (b), TITLE VIII RULE 65, VIOLATION OF THE NATIONAL VOTING RIGHTS ACT, 18 U.S.C. 1503, VIOLATION OF THE 6TH AMENDMENT, National Voting Restrictions Act, Housing Discrimination, Age Related Housing Discrimination the A. Senior Aged Individual, Federal and State Fraud Statutes, Consumer Protection

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* M.P. KING , is a citizen of the State of *(name)* GEORGIA .

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)* _____

        _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

The defendant, *(name)* J.W.RENTALS COMPANY ET.AL , is incorporated under the laws of the State of *(name)* GEORGIA , and has its principal place of business in the State of *(name)* GEORGIA .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* ALBANY/DOUGHERTY CO. GEORG.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
MISTRIAL/FAILURE TO APPEAR FOR JUNE 4, 2024 HEARING USBC 24-1014-RMM, MISTRIAL AND FRAUD ON THE COURT IN THE MOST RECENT HEARING CONDUCTED ON AUGUST 15, 2024 CIVIL ACTION NO. STSV2024000395-JMS IN THE STATE COURT OF DOUGHERTY COUNTY ON A LANDLORD-TENANT MATTER OF GREAT IMPORTANCE ON VERY SUBSTANTIVE ISSUES REQUIRING AS WAS REQUIRED AND REQUESTED TO HAVE A JURY SEATED AND COURT REPORTING A CHANGE IN THE VENUE AND THE

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
830 WEST GORDON AVENUE ALBANY, GA 31701
524 FLINT AVENUE ALBANY, GA 31701
304 W. 2ND AVENUE ALBANY, GA 31701
414 FLORENCE DR. ALBANY, GA 31707-3922

B.    What date and approximate time did the events giving rise to your claim(s) occur?
SEPTEMBER 26, 2018
SEPTEMBER 4-15, 2018 INCLUSIVE
AUGUST 1-AUGUST31, 2018
JULY 25, 2018
JUNE 21, 2018
NOVEMBER 15-30 2017-JUNE 21, 2018 INCLUSIVE
JANUARY 22-NOVEMBER 1, 2017 INCLUSIVE
JANUARY 2-22, 2017 INCLUSIVE
MARCH 30, 2016-JANUARY 1, 2017

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THIS PRO SE FILING WILL BE SUPPLEMENTED BY OTHER LAW ENFORCEMENT REPORTS, POLICE REPORTS, LEGAL FILINGS, AFFADAVITS, COURT DOCUMENTS (LOCAL, STATE, FEDERAL) CIVIL/CRIMINAL. MOST TO ALL LEASE AND OTHER PERTINENT DOCUMENTS/EXHIBITS ARE AVAILABLE FOR INSPECTION, REVIEW, CROSS EXAMINATION, DUE DILIGENCE(COVID/POST COVID-19 YEARS (2019-2024.). PRELIMINARY NOTICE(S)/DRAFT LETTER(S) FROM CITY OF ALBANY/DOUGHERTY COUNTY ECONOMIC DEVELOPMENT AND J.W. RENTALS COMPANY

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

THE IMMINENT HARM/DEATH THREATS (PUBLIC, SECRET) AND OTHER EXTENUATING CIRCUMSTANCES COULD VERY EASILY RESULT IN A DISRUPTION IN THE CONTINUITY OF GOVERNMENT (U.S.A.) ASASSINATION ATTEMPTS BEING ATTEMPTED ON CERTAIN ELECTION OFFICIALS, PUBLIC OFFICIALS, LAW ENFORCEMENT/INTELLIGENCE OFFICIALS TO EXTEND FEAR DISTRUST IN/AT ALL LEVELS OF GOVT., ALL LEVELS OF THE JUDICIARY, CURRENT OFFICE HOLDERS, FUTURE OFFICE HOLDERS ( FROM THE CREATION BY SOME CLANDESTINE/VISIBLE (IN PLAIN SIGHT) INDIVIDUALS/CELL GROUPS VERY DETAILED PLANS TO EFFECT A CATASTROPHIC DOMESTIC TERRORIST EVENT TO HELP TO BRING SOCIAL UNREST/CIVIL DISORDER/CONSTITUTIONAL CRISIS TO STOKE PUBLIC FEARS. FOOTBALL SEASON/HURRICANE SEASON IS PROVIDING PERFECT COVER BECAUSE PUBLIC SAFETY/HOMELAND SECURITY FORCES ARE EITHER PREOCCUPIED, ALREADY DEPLOYED, ETC. FERTILE MIX FOR UNANTICIPATED/UNDETECTED EVENTS . BELIEF MAY BE THAT MEDIA MAY HAVE SUCCEEDED IN PARALYZING OUR NATIONAL SECURITY AND INTELLIGENCE

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I AM AND HAVE BEEN THE VICTIM OF A SUCCESSION OF INJURIES AND DAMAGES: REPUTATIONAL DAMAGE, DEFAMATION, EMPLOYMENT DISCRIMINATION, HOUSING AND VOTING RIGHTS DISCRIMINATION, WRONGFUL EVICTION, UNLAWFUL DISPLACEMENT, VIOLATION OF MY CIVIL AND CONSTITUTIONAL RIGHTS IN THE PURSUIT OF SECURING EMERGENCY HOUSING AND PLACEMENT AS A RESULT OF NATURAL DISASTERS, THE PANDEMIC AND THE ENDING OF COVID-19 MANDATED HOUSING AND OCCUPANCY MORATORIUMS FOR HOUSING, HOMELESSNESS AND OTHER LEGALLY AVAILABLE LIFE AND LIVING OPTIONS MOVING FORWARD. CONTEMPT OF COURT(S)/OBSTRUCTION OF JUSTICE
FAILED UPON REQUEST IN ENTER PROPERTY TO SEE PROPERTY BREACH, DAMAGE, VANDALISM AND MAKE A REPORT ON A CURRENT INCIDENT IN QUESTION (SEPT.1, 2018)
VIOLATION OF FEDERAL ORDERS OF JUDGES IN UNITED STATES COURTS
VIOLATION OF AUTOMATIC STAY(S)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/14/2024

Signature of Plaintiff  *[signed]*
Printed Name of Plaintiff  M.P. KING

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address